PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AUG 1 3 2019
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

United States of America )
)
vs )
)
Crystal Marie Weissenfels )  Case No. 2:19CR00091-TOR-2

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Crystal Marie Weissenfels, have discussed with Erik Carlson, U.S. Probation Officer, modification of my release as follows:

Defendant shall be restricted to her residence daily, from 10 p.m. to 9 a.m.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8-12-19    _____  8-12-19
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

Crystal Marie Weissenfels              Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    8-12-19
Signature of Defense Counsel    Date

Mark Vovos

[X]  The above modification of conditions of release is ordered, to be effective on 8-13-19

[ ]  The above modification of conditions of release is not ordered.

_____    8-13-19
Signature of Judicial Officer    Date

John T. Rodgers