# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Weissenfels, Crystal Marie | Docket No. | 2:19CR00091-TOR-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Crystal Marie Weissenfels, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 2nd day of August 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Crystal Marie Weissenfels is alleged to have provided a urine specimen that tested positive for the presence of amphetamine and methamphetamine on April 9, 2020.

On September 3, 2019, the conditions of pretrial release supervision were reviewed with Ms. Weissenfels. She acknowledged an understanding of the conditions of pretrial release supervision, which included standard condition number 9.

On April 9, 2020, Ms. Weissenfels reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Weissenfels signed a denial form stating she had not ingested amphetamine or methamphetamine. Subsequently, the urine specimen was sent to Alere Toxicology (Alere) for further analysis.

On April 16, 2020, Alere confirmed the urine specimen collected on April 9, 2020, tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|   | Executed on: April 16, 2020 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

**Re: Weissenfels, Crystal Marie**
**April 16, 2020**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]    Other : ***Notice of hearing requiring Defendant's appearance will be docketed separately.***

_____
Thomas O. Rice
Chief United States District Judge

April 22, 2020
_____
Date