# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2020

SEAN F. MCAVOY, CLERK

U.S.A. vs.    Weissenfels, Crystal Marie    Docket No.    2:19CR00091-TOR-2

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Crystal Marie Weissenfels, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 2nd day of August 2019, under the following conditions:

**Modified Condition:** Defendant shall be restricted to her residence daily, from 10 p.m. to 9 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Crystal Marie Weissenfels is alleged to have violated her conditions of pretrial supervision by leaving her residence after 10 p.m. on December 6, 2020.

On August 2, 2020, the Court released Ms. Weissenfels under conditions of pretrial release supervision, which included a condition she be monitored with location monitoring equipment and a curfew, from 9 p.m. to 9 a.m. Ms. Weissenfels has remained under global position systems (GPS) monitoring throughout her time under pretrial release supervision.

On August 12, 2020, Ms. Weissenfels signed a consent to modify conditions of pretrial release supervision with the undersigned officer, which acknowledged an understanding that her curfew would require her to be at her residence from 10 p.m. to 9 a.m.

On August 13, 2020, the Court agreed with the request to modify her curfew and required Ms. Weissenfels to remain at her residence from 10 p.m. to 9 a.m.

On December 6, 2020, at 10:23 p.m., Ms. Weissenfels left her residence. At 10:46 p.m., she returned to her residence. A review of Ms. Weissenfels location during this time frame through GPS mapping revealed she traveled to a grocery store near her residence and returned home.

On December 7, 2020, the undersigned officer confronted Ms. Weissenfels about leaving her residence after 10 p.m. on December 6, 2020. Ms. Weissenfels advised she lost track of time while cooking dinner and left her residence to purchase an ingredient for her meal.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 11, 2020

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

**PS-8**

**Re: Weissenfels, Crystal Marie**
**December 11, 2020**
**Page 2**


THE COURT ORDERS

[X]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Thomas O. Rice
United States District Judge

_____
December 14, 2020

 Date