PROB 12C
(6/16)

Report Date:  March 31, 2026

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2026

SEAN F. MCAVOY, CLERK

ECF No. 148

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Crystal Marie Weissenfels          Case Number: 0980 2:19CR00091-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 17, 2020

Original Offense:          Possession with Intent to Distribute 500 Grams or More of Methamphetamine, 21
                           U.S.C. § 841 (a)(1),(b)(1)(A)(viii)

Original Sentence:         Prison - 60 months;          Type of Supervision: Supervised Release
                           TSR - 60 months

Asst. U.S. Attorney:       Caitlin A. Baunsgard          Date Supervision Commenced: February 13, 2024

Defense Attorney:          Federal Defender's Office          Date Supervision Expires: February 12, 2029

---

## PETITIONING THE COURT

To issue a warrant.

On February 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed the copy of the conditions of supervision with Ms. Weissenfels, as outlined in the judgment. Ms. Weisenfels signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence:** The offender is alleged to have violated standard condition number 3 by leaving the federal judicial district without the permission of the probation officer on or about March 21, 2026.

On March 23, 2026, Ms. Weissenfels contacted the undersigned to notify that she went to Idaho and was pulled over and given a warning.  The undersigned reminded her that she needs permission to leave the district.

On March 25, 2026, the undersigned was able to get the police report which contained additional information than what was originally reported by Ms. Weissenfels.

**Prob12C**
**Re: Weissenfels, Crystal Marie**
**March 31, 2026**
**Page 2**

The Post Falls, Idaho, police report alleged: On March 21, 2026, the offender was pulled over in Post Falls, Idaho, for failure to stop at a stop sign or using turn signal. The deputy approach the vehicle and requested both occupants' identification. Crystal Weissenfels was the driver of the vehicle. After the deputy ran the passenger's information it appeared that he provided the officers with a false name. At that time, both occupants were removed from the vehicle and the vehicle was searched.

The passenger eventually provided the correct name, and he had two outstanding warrants for his arrest. He admitted to consuming methamphetamine earlier that date and in his possession was methamphetamine, fentanyl and drug paraphernalia. Subsequently, the passenger in the vehicle was arrested. Crystal Weissenfels was given a warning for failure to stop at a stop sign.

**Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: The offender is alleged to have violation standard condition number 8 by communicating with a known felon engaging in criminal activity.

As noted in violation number 1, the offender was pulled over in the District of Idaho on March 21, 2026, and the passenger in her vehicle was arrested for possession of methamphetamine, fentanyl and drug paraphernalia and having two outstanding warrants. The passenger is a known felon.

**Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by ingesting a controlled substance, methamphetamine, on or about March 21, 2026.

On March 21, 2026, the offender reported to the United States Probation Office. She submitted to a random urinalysis, which returned presumptive positive for methamphetamine, amphetamine, fentanyl, and MDMA. She admitted to using methamphetamine and signed an admission form. She denied the other substances, and the sample was sent to the lab for confirmation. Those results are still pending.

**Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C

**Re: Weissenfels, Crystal Marie**
**March 31, 2026**
**Page 3**

**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to follow the recommendation of the treatment provider.

On March 27, 2026, the offender obtained a substance abuse assessment at Spokane Addiction Recover Center (SPARC). The recommendation by the treatment provider was inpatient treatment. However, Ms. Weissenfels declined and stated she can stop using controlled substances on her own. She advised SPARC that she will enter into a detox facility on Monday, March 30, 2026, which she has failed to do.

On March 30, 2026, Ms. Weissenfels went to Spokane Regional Health District. During that assessment they recommended inpatient and again she declined.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/31/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS
[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

March 31, 2026

Date