PROB 12C
(6/16)

Report Date:  April 10, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 13, 2026**

SEAN F. McAVOY, CLERK
ECF No. 162

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Crystal Marie Weissenfels          Case Number: 0980 2:19CR00091-TOR-2

Address of Offender: ███████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 17, 2020

Original Offense:      Possession with Intent to Distribute 500 Grams or More of Methamphetamine,
                       21 U.S.C. § 841 (a)(1),(b)(1)(A)(viii)

Original Sentence:     Prison - 60 months;          Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Caitlin A. Baunsgard          Date Supervision Commenced: February 13, 2024

Defense Attorney:      Katie Kitchen                 Date Supervision Expires: February 12, 2029

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition with the violations previously reported to the Court in the petition filed on March 31, 2026.

On February 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Weissenfels, as outlined in the judgment. Ms. Weissenfels signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition #4, by ingesting a controlled substance, fentanyl, on or about March 26, 2026.

On March 26, 2026, the offender reported to the United States Probation Office. She submitted a random urinalysis which returned presumptive positive for fentanyl. She denied use. It was sent to the contracted laboratory for confirmation.

On April 4, 2026, the urine sample that was provided on March 26, 2026, returned positive for fentanyl.

**Prob12C**
**Re: Weissenfels, Crystal Marie**
**April 10, 2026**
**Page 2**

6          **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition #4, by ingesting a controlled substance, fentanyl and MDMA, on or about March 27, 2026.

On March 27, 2026, the offender reported to the United States Probation Office. She submitted a random urinalysis which returned presumptive positive for methamphetamine, MDMA, and fentanyl. She admitted methamphetamine use (which is violation #3) The sample was sent to the contracted laboratory to confirm MDMA and fentanyl.

On April 4, 2026, the urine sample that was provided on March 26, 2026, returned from the laboratory as positive for MDMA and fentanyl.

7          **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition #4, by ingesting a controlled substance, fentanyl, and methamphetamine , on or about March 31, 2026.

On March 31, 2026, the offender reported to the United States Probation Office. She submitted a random urinalysis which returned presumptive positive for fentanyl and methamphetamine. She admitted both fentanyl and methamphetamine use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/10/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C

**Re: Weissenfels, Crystal Marie**
**April 10, 2026**
**Page 3**


## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[X]    Defendant to appear before the Judge assigned to the
       case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

April 13, 2026
_____
Date