PROB 12C
(6/16)

Report Date: June 4, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2026

SEAN F. McAVOY, CLERK

ECF No. 180

Name of Offender: Crystal Marie Weissenfels          Case Number: 0980 2:19CR00091-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 17, 2020

Original Offense:     Possession with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. § 841 (a)(1),(b)(1)(A)(viii)

| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
|---|---|---|
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: February 13, 2024 |
| Defense Attorney: | Katie Kitchen | Date Supervision Expires: February 12, 2029 |

## PETITIONING THE COURT

To incorporate the violations and issue a warrant contained in this petition with the violations previously reported to the Court in the petitions filed on March 31, and April 13, 2026.

On February 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Weissenfels, as outlined in the judgment. Ms. Weissenfels signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting fentanyl, on or about May 28, 2026.<br><br>On May 28, 2026, the offender submitted a random urinalysis, which returned presumptive positive for fentanyl. She denied use and signed a denial form.  The drug sample was sent to the lab for confirmation.<br><br>On June 4, 2026, the urinalysis that was submitted on May 28, 2026, returned from the lab confirmed positive for fentanyl. |

**Prob12C**
**Re: Weissenfels, Crystal Marie**
**June 4, 2026**
**Page 2**

**Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**:  The offender is alleged to have violated standard condition number 4, by not being honest when questioned about drug use, on May 28, 2026.

On May 28, 2026, Ms. Weissenfels submitted a random urinalysis that returned presumptive positive for fentanyl. She adamantly denied and signed a denial form.

On June 4, 2026, the urinalysis submitted on May 28, 2026, returned from the lab confirmed positive for fentanyl.

**Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  The offender is alleged to have violated special condition number 3 by failing to report as directed to her scheduled intensive substance abuse treatment on May 27, 2026.

On May 27, 2026, the undersigned received notification that the offender missed her first intensive outpatient treatment session after successfully completing inpatient treatment at SPARC.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/04/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C

**Re: Weissenfels, Crystal Marie**
**June 4, 2026**
**Page 3**

## THE COURT ORDERS

[ ]    No Action

[X]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[X]    Defendant to appear before the Magistrate Judge.

[ ]    Other

_____
Signature of Judicial Officer

June 8, 2026
_____
Date