PROB 12C
(6/16)

Report Date:  June 11, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 12, 2026**

SEAN F. McAVOY, CLERK

ECF No 192

Name of Offender: Crystal Marie Weissenfels          Case Number: 0980 2:19CR00091-TOR-2

Address of Offender: ████████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 17, 2020

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. § 841 (a)(1),(b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | February 13, 2024 |
| Defense Attorney: | Katie Kitchen | Date Supervision Expires: | February 12, 2029 |

## PETITIONING THE COURT

To incorporate the violations in this petition with the violations previously reported to the Court in the petitions filed on March 31, April 13, and June 8, 2026.

On February 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Weissenfels, as outlined in the judgment. Ms. Weissenfels signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting methamphetamine, on or about May 29, 2026.

On May 29, 2026, the offender submitted a random urinalysis at SPARC where she is active in substance abuse counseling. That sample was sent to the lab.

On June 6, 2026, the urinalysis that was submitted on May 29, 2026, returned from the lab confirmed positive for methamphetamine.

Prob12C

**Re: Weissenfels, Crystal Marie**
**June 11, 2026**
**Page 2**

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting fentanyl, on or about June 3, 2026.

On June 3, 2026, the offender submitted a random urinalysis after she appeared for her revocation hearing, which returned presumptive positive for fentanyl. She denied use and signed a denial form. The drug sample was sent to the lab for confirmation.

On June 9, 2026, the urinalysis that was submitted on June 3, 2026, returned from the lab confirmed positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/11/2026
_____

s/Courtney Hambel
_____

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

June 12, 2026
_____
Date